FILED
CLERK, U.S. DISTRICT COURT

AUG 20 2014

CENTRAL DISTRICT OF CALIFORNIA
BY          DV          DEPUTY

JS-6 / ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| RAY BENNETT, | No. ED CV 14-0579-VAP (DFM) |
| Plaintiff, | |
| v. | JUDGMENT |
| THE COUNTY OF RIVERSIDE, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 19, 2014

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 20 2014

CENTRAL DISTRICT OF CALIFORNIA
BY          DV          DEPUTY

VIRGINIA A. PHILLIPS
United States District Judge